Order Filed on October 6, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re

ALEX FRANKIN, JR.
JOYCE E. FRANKLIN

Debtor(s)

Case No. 12-17943

Chapter 13

Judge: The Honorable John K. Sherwood

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

DATED: October 6, 2016

The relief set forth on the fol

ORDERED.

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

**ORDERED** that Russell L. Low, Eq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance shall be payable:

    __XX__  through the Chapter 13 plan as an administrative priority.
    _____  outside the plan.

The debtor's monthly plan is modified to require a payment of $1,094.00 per month for six (6) months starting October 1, 2016 to allow for payment of the aforesaid fee.