**Order Filed on October 6, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

---

**UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re

**ALEX FRANKIN, JR.
JOYCE E. FRANKLIN**

Debtor(s)

Case No. 12-17943

Chapter 13

Judge: The Honorable John K. Sherwood

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

DATED: October 6, 2016

The relief set forth on the fol

**ORDERED.**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

**ORDERED** that Russell L. Low, Eq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

    XX   through the Chapter 13 plan as an administrative priority.
    ____ outside the plan.

The debtor's monthly plan is modified to require a payment of $1,094.00 per month for six (6) months starting October 1, 2016 to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Alex Franklin, Jr.  
Joyce E. Franklin  
    Debtors

Case No. 12-17943-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 06, 2016  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.  
db/jdb        +Alex Franklin, Jr.,   Joyce E. Franklin,   371 W. 4th Avenue,   Roselle, NJ 07203-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:

         Dori L. Scovish    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC1 doris@efwlaw.com  
         Joshua I. Goldman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC1 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Lynn Therese Nolan    on behalf of Creditor    Specialized Loan Servicing LLC servicer for Citigroup Mortgage Loan Trust Inc., U.S. Bank National Association, as Trustee LNolan@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
         Lynn Therese Nolan    on behalf of Creditor    Specialized Loan Servicing LLC LNolan@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Russell L. Low    on behalf of Joint Debtor Joyce E. Franklin rbear611@aol.com, lowlaw505@gmail.com  
         Russell L. Low    on behalf of Debtor Alex  Franklin, Jr. rbear611@aol.com,  lowlaw505@gmail.com  
         Sean M. O'Brien    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC1 sobrien@flwlaw.com  
                                                                                                  TOTAL: 8